WILLIAM H. PARKER, Appellant, v. JOSEPH A. McGINNIES, Respondent, and SAMUEL E. McGINNIES, Defendant Copartners, etc.— Judgment affirmed, with costs. All concur.

LILLIAN HANNA (Formerly LILLIAN ENTWISTLE), Respondent, v. THE CARROLL COMPANY, Appellant, and THE GOODMAN CHEMICAL COMPANY, Defendant.— Judgment and order affirmed, with costs. All concur.

JEANETTE W. STEIGMAN, Respondent, v. LEONARD H. STEIGMAN, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concur.

EDWARD H. O'HARA, Respondent, v. JOHN N. DERSCHUG, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.

HOWARD B. SHERWOOD, Respondent, v. T. RAYMOND ROSS and MERTON J. MURRAY, as Administrators, etc., of HENRY F. ROSS, Deceased, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson and Lewis, JJ.

ROSE HARVEY, as Administratrix, etc., of JOHN W. HARVEY, Deceased, Appellant, v. VERA WILSON, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson and Lewis, JJ.

ROSE HARVEY, Appellant, v. VERA WILSON, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson and Lewis, JJ.

LIBERTY BANK OF BUFFALO, Appellant, v. CITY OF BUFFALO, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and questions for review certified. Present — Sears, P. J., Thompson, Crosby and Lewis, JJ. [See 241 App. Div. 323.]

M. & T. TRUST COMPANY, Appellant, v. CITY OF BUFFALO, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and questions for review certified. Present — Sears, P. J., Thompson, Crosby and Lewis, JJ. [See 241 App. Div. 522.]

GIUSEPPI FERRO, Appellant, v. THE GLOBAR CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Thompson, Taylor and Lewis, JJ.

DONALD HONADLE, an Infant, by FRED HONADLE, His Guardian ad Litem, Appellant, v. VIRGIL STAFFORD, Respondent.— Motion for leave to appeal to the Court of Appeals granted and questions for review certified. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See 241 App. Div. 395.]

CARL DOMRES, Respondent, v. SUSIE M. STORMS, as Executrix, etc., of FREDERICK W. STORMS, Deceased, Appellant.— Motion for reargument granted. In other respects the motion is denied. Under the circumstances presented the question of costs will be determined upon reargument. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See 241 App. Div. 911.]

JOHN L. FRANK, Respondent, v. ANNA NAJA, Appellant.— Motion for leave to appeal to the Court of Appeals denied with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.